# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Nathaniel James Webb,<br><br>　　　　Defendant.<br><br>Gila River Indian Community,<br><br>　　　　Garnishee. | **CR 10-1071-001-PHX-JAT**<br><br>**GARNISHMENT DISPOSITION ORDER** |

　　　　A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, Garnishee filed an Answer on November 22, 2013, stating that at the time of the service of the Writ it had in its possession non-exempt property belonging to and due Defendant, and that Garnishee was indebted to Defendant.

　　　　On September 18, 2013, Defendant was notified of his right to a hearing and Defendant filed a Motion for Hearing which was denied by the Court in Order (Doc. 175).

　　　　On May 15, 2014, Honorable Lawrence O. Anderson filed his Report and Recommendation that Honorable James A. Teilborg issue a disposition order pursuant to 28 U.S.C. §3205(c)(7), directing the Gila River Indian Community to turn over to the

Clerk of this Court the funds identified in the Garnishee's Answer as it becomes due and payable to Defendant.

**IT IS ORDERED** that Garnishee pay the non-exempt per capita funds to Plaintiff. Checks should be made payable to **Clerk of the Court**, and mailed to Clerk's Office, U.S. District Court, Sandra Day O' Connor Courthouse, 401 W. Washington Street, Attention: Finance Division, Suite 130, SPC-1, Phoenix, Arizona 85003-2118.

DATED this 22nd day of May, 2014.

James A. Teilborg
Senior United States District Judge